UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MARYLAND

IN RE:                                  *

                                        *   Case No. 13-16569
FRANK A. KERRIGAN
                                        *   Chapter 13
    Debtor
                                        *

*   *   *   *   *   *   *   *   *   *   *   *   *

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Robert K. McIntosh hereby enters his appearance in the above captioned case as counsel to MEGAN TULL, a creditor of the Debtor. As directed by Federal Rule of Bankruptcy Procedure 901(b), the attorney's names, office addresses, telephone numbers, fax numbers and email addresses are:

Robert K. McIntosh Fed. Bar NO. 08719
212 N. Main St.
Berlin, MD  21811
(410) 641-0527
(410) 641-2405 (Fax)
Email:  rkmcintosh@aol.com

MEGAN TULL request that copies of all notices required by the Federal Rules of Bankruptcy, including notices under Rule 2002(i), be given to him by service upon his attorneys at the address shown above.

Pursuant to Federal Bankruptcy Procedure 3017(a), MEGAN TULL further requests that copies of all plans filed herein be served upon it by service upon its attorneys at the above address.

The foregoing request includes copies of all notices and papers referred to in the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules and also includes, without limitation, notices of any hearings, orders, pleadings, motions, applications, complaints, demands, cash-flow reports, requests for petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to this case and any proceedings therein whether formal or

informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, or otherwise, all of which should be sent to its attorney at the address shown above.

This Entry of Appearance and Request for Notices shall not be deemed or construed to be a waiver of MEGAN TULL's rights: (1) to have final orders in non-core matters entered only after *de novo* review by a district judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceedings related to this case; (3) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, re recoupment to which debtor is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments creditor expressly reserves.

/s/ Robert K. McIntosh

Robert K. McIntosh, Fed. Bar NO. 08719
212 N. Main St.
Berlin, MD  21811
(410) 641-0527

Attorney for Megan Tull

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MARYLAND

IN RE:                              *

                                    *     Case No. 13-16569

FRANK A. KERRIGAN
                                    *     Chapter 13
    Debtor
                                    *

*   *   *   *   *   *   *   *   *   *   *   *   *

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st of July, 2013, a copy of the foregoing ENTRY OF APPEARANCE AND REQUEST FOR NOTICES was served, via first class mail, postage pre-paid, or through the Court's electronic mailing system, upon the parties on the attached list.

/s/ Robert K. McIntosh

_____

Robert K. McIntosh

Label Matrix for local noticing
0416-1
Case 13-16569
District of Maryland
Baltimore
Mon Jul  1 08:25:45 EDT 2013

Atlas Acquisitions LLC
Attn: Avi Schild
294 Union St
Hackensack, NJ 07601-4303

ACS/PNC BANK NA
501 BLEECKER ST
UTICA, NY 13501-2401

Asset Acceptance Llc
Po Box 1630
Warren, MI 48090-1630

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601-4303

(p)BB AND T
PO BOX 1847
WILSON NC 27894-1847

(p)HSBC BANK
ATTN BANKRUPTCY DEPARTMENT
PO BOX 5213
CAROL STREAM IL 60197-5213

Chase
10790 Rancho Bernardo Rd
San Diego, CA 92127-5705

Chase
P.o. Box 15298
Wilmington, DE 19850-5298

Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201-2305

Dell
1 DELL WAY
Round Rock, TX 78682-0001

Dept Of Edu/osla Servi
525 Central Park D
Oklahoma City, OK 73105-1723

Deputy County Attorney
Baltimore County Office of Law
400 Washington Avenue, 2nd Floor
Towson, MD 21204-4606

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Lvnv Funding Llc
Po Box 740281
Houston, TX 77274-0281

Megan Tull
21 Garrett Drive
Berlin, MD 21811-1856

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2201

Stellar Recovery Inc
4500 Salisbury Rd Ste 10
Jacksonville, FL 32216-0959

Supervisor of Delin. Accts.
Rm. 1 Municipal Building
Holliday & Lexington Streets
Baltimore, MD 21202

US DEPT OF EDUCATION
PO BOX 5609
GREENVILLE, TX 75403-5609

Verizon Wireless
2000 CORPORATE DR
ORANGEBURG, NY 10962-2624

Vzw Ne
Attention: Verizon Wireless Departm
Po Box 3397
Bloomington, IL 61702-3397

Frank Andrew Kerrigan
33 Blue Heron Court
Middle River, MD 21220-7519

Frank E. Turney
Law Offices of Frank E. Turney, P.A.
920 Frederick Rd.
Baltimore, MD 21228-4565

George W. Liebmann
Liebmann & Shively, P.A.
8 W Hamilton Street
Baltimore, MD 21201-5008

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BB & T<br>Bankruptcy Dept<br>Po Box 1847<br>Wilson, NC 27894 | Best Buy, HSBC<br>PO BOX 15519<br>WILMINGTON, DE 19850 | Discover<br>PO BOX 15316<br>WILMINGTON, DE 19850 |
| I.R.S.<br>Special Procedures Staff<br>31 Hopkins Plaza, Room 1140<br>Baltimore, MD 21201 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Acs/pnc Bank Na<br>INVALID ADDRESS PROVIDED | (d)Chase<br>PO BOX 15298<br>WILMINGTON, DE 19850-5298 | End of Label Matrix<br>Mailable recipients   26<br>Bypassed recipients    2<br>Total                 28 |