```
                                United States Bankruptcy Court
                                     District of Maryland
In re:                                                                Case No. 13-16569-RAG
Frank Andrew Kerrigan                                                 Chapter 7
         Debtor                      CERTIFICATE OF NOTICE
District/off: 0416-1          User: admin                  Page 1 of 3                  Date Rcvd: Jul 17, 2013
                              Form ID: B18auto            Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2013.
```
db          +Frank Andrew Kerrigan,    33 Blue Heron Court,    Middle River, MD 21220-7519
tr          +George W. Liebmann,    Liebmann & Shively, P.A.,    8 W Hamilton Street,    Baltimore, MD 21201-5008
cr          +Megan Tull,    205 North Main Street,    Berlin, MD 21811-1003
28057547    +ACS/PNC BANK NA,    501 BLEECKER ST,    UTICA, NY 13501-2401
28057553    +Chase,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
28057571    +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
              Baltimore, MD 21201-2305
28057556    +Dept Of Edu/osla Servi,    525 Central Park D,    Oklahoma City, OK 73105-1723
28057574    +Deputy County Attorney,    Baltimore County Office of Law,    400 Washington Avenue, 2nd Floor,
              Towson, MD 21204-4606
28202474    +Megan Tull,    c/o Robert K. McIntosh, Esq.,    212 N. Main Street,    Berlin, MD 21811-1004
28057573    +State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
              Baltimore, MD 21201-2201
28057562    +Stellar Recovery Inc,    4500 Salisbury Rd Ste 10,    Jacksonville, FL 32216-0959
28057572     Supervisor of Delin. Accts.,    Rm. 1 Municipal Building,    Holliday & Lexington Streets,
              Baltimore, MD 21202
28057563    +US DEPT OF EDUCATION,    PO BOX 5609,    GREENVILLE, TX 75403-5609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +EDI: ATLASACQU.COM Jul 17 2013 19:38:00      Atlas Acquisitions LLC,    Attn: Avi Schild,
              294 Union St,    Hackensack, NJ 07601-4303
28057549    +EDI: ACCE.COM Jul 17 2013 19:38:00      Asset Acceptance Llc,    Po Box 1630,
              Warren, MI 48090-1630
28092929    +EDI: ATLASACQU.COM Jul 17 2013 19:38:00      Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
28057550     E-mail/Text: bankruptcy@bbandt.com Jul 17 2013 19:47:19      BB & T,    Bankruptcy Dept,
              Po Box 1847,    Wilson, NC 27894
28057552    +EDI: CHASE.COM Jul 17 2013 19:38:00      Chase,    PO BOX 15298,    WILMINGTON, DE 19850-5298
28057557     EDI: DISCOVER.COM Jul 17 2013 19:38:00      Discover,    PO BOX 15316,    WILMINGTON, DE 19850
28057555    +EDI: RCSDELL.COM Jul 17 2013 19:38:00      Dell,    1 DELL WAY,    Round Rock, TX 78682-0001
28057558    +EDI: DISCOVER.COM Jul 17 2013 19:38:00      Discover Fin Svcs Llc,    Po Box 15316,
              Wilmington, DE 19850-5316
28057551     EDI: HFC.COM Jul 17 2013 19:38:00      Best Buy, HSBC,    PO BOX 15519,    WILMINGTON, DE 19850
28057559     EDI: IRS.COM Jul 17 2013 19:38:00      I.R.S.,    Special Procedures Staff,
              31 Hopkins Plaza, Room 1140,    Baltimore, MD 21201
28057560    +EDI: RESURGENT.COM Jul 17 2013 19:38:00      Lvnv Funding Llc,    Po Box 740281,
              Houston, TX 77274-0281
28057564    +EDI: AFNIVZCOMBINED.COM Jul 17 2013 19:38:00      Verizon Wireless,    2000 CORPORATE DR,
              ORANGEBURG, NY 10962-2624
28057565    +EDI: AFNIVZWIRE.COM Jul 17 2013 19:38:00      Vzw Ne,    Attention: Verizon Wireless Department,
              Po Box 3397,    Bloomington, IL 61702-3397
                                                                                                TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28057548      Acs/pnc Bank Na,    INVALID ADDRESS PROVIDED
28057554*    +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
28057561    ##+Megan Tull,    21 Garrett Drive,    Berlin, MD 21811-1856
                                                                                   TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0416-1           User: admin              Page 2 of 3              Date Rcvd: Jul 17, 2013
                               Form ID: B18auto         Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 19, 2013**                    Signature:    _Joseph Speetjens_

```
District/off: 0416-1          User: admin              Page 3 of 3              Date Rcvd: Jul 17, 2013
                              Form ID: B18auto         Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2013 at the address(es) listed below:

        Frank E. Turney    turneylaw@verizon.net, Turneylawecf@gmail.com
        George W. Liebmann    Gliebmann@lspa.comcastbiz.net, oshively@lspa.comcastbiz.net, MD25@ecfcbis.com,stifft@lspa.comcastbiz.net
        Robert Keith McIntosh    msrealestate@crosslink.net, rkmcintosh@comcast.net

        TOTAL: 3

Entered: July 17, 2013
Signed:  July 17, 2013

**SO ORDERED**



_____
ROBERT A. GORDON
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**Case No.:   13–16569 – RAG     Chapter:   7**

**In re:**  Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Frank Andrew Kerrigan
  *debtor has no known aliases*
  33 Blue Heron Court
  Middle River, MD 21220

Social Security / Individual Taxpayer ID No.:
  xxx–xx–7562

Employer Tax ID / Other nos.:

---

## ORDER GRANTING
## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

ORDERED, that the debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**B18auto** – *admin*

**End of Order**

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**EXPLANATION OF BANKRUPTCY DISCHARGE
IN A CHAPTER 7 CASE**

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**B18auto** – *admin*